# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, _et al._,[1] | ) Case No. 09-11582 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Deadline: July 8, 2009 @ 4:00 p.m. |
| | ) Hearing Date: July 28, 2009 @ 10:30 a.m. |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE, FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS OF MAY 21, 2009**

TO: (i) The Office of the United States Trustee; (ii) the Debtors and counsel for the Debtors; and (iii) all parties that have timely filed appearances pursuant to Fed. R. Bankr. P. 2002.

The Official Committee of Unsecured Creditors., by and though its undersigned proposed counsel, has filed the **Application of the Official Committee of Unsecured Creditors for Order Pursuant to 11 U.S.C. §§ 105 and 1103(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing and Approving the Employment and Retention of Huron Consulting Services LLC as Financial Advisors for the Official Committee of Unsecured Creditors as of May 21, 2009** (the "Application").

You are required to file a response to the Application, if any, on or before **July 8, 2009 at 4:00 p.m. (ET)** with the United States Bankruptcy Court of the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Crucible Materials Corporation (9229); Crucible Development Corporation (3475). The Debtors' headquarters is located at 575 State Fair Boulevard, Syracuse, NY 13209.

23192.2

Ronald S. Gellert, Esquire
Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801 ON JULY 28, 2009, 10:30 A.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 18, 2009

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE Bar 4259)
Tara L. Lattomus (DE Bar 3515)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0432

*(Proposed) Counsel to the Official Committee of Unsecured Creditors*

23192.2