# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, et al., | ) Case No. 09-11582 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. ___ |
| | ) |

**ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(A) OF THE BANKRUPTCY CODE, FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS OF MAY 21, 2009**

Upon review of the Application of the Official Committee of Unsecured Creditors for Order Pursuant to 11 U.S.C. §§ 105 and 1103(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing and Approving the Employment and Retention of Huron Consulting Services LLC as Financial Advisors for the Official Committee of Unsecured Creditors as of May 21, 2009 (the "Application"), filed on behalf of the Official Committee of Unsecured Creditors (the "Committee"), it appearing that the Committee has selected the consulting firm of Huron Consulting Services LLC as its financial advisors in these chapter 11 cases, and all related matters, effective as of May 21, 2009 to represent the Committee in this case and that the Firm is "disinterested" within the meaning of 11 U.S.C. § 101(14) and does not hold any interest adverse to the estate, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Committee is authorized to employ the consulting firm of Huron Consulting Services LLC to serve as financial advisors to the Committee and such employment is approved as of May 21, 2009, and the Application is approved.

Dated: _____, 2009     _____
The Honorable Mary F. Walrath
United States Bankruptcy Judge