# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, _et al._,[1] ) | Case No. 09-11582 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire, hereby certify that on June 18, 2009 a true and correct copy of the **Application of the Official Committee of Unsecured Creditors for Order Pursuant to 11 U.S.C. §§ 105 and 1103(a) of the Bankruptcy Code, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing and Approving the Employment and Retention of Huron Consulting Services LLC as Financial Advisors for the Official Committee of Unsecured Creditors as of May 21, 2009** was served upon the parties on the attached service list, in the manner indicated therein.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

Dated: June 18, 2009

/s/ Ronald S. Gellert
Ronald S. Gellert (DE Bar 4259)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone (302) 425-0430
Fax (302) 425-0432

_(Proposed) Counsel to the Official Committee of Unsecured Creditors_

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Crucible Materials Corporation (9229); Crucible Development Corporation (3475). The Debtors' headquarters is located at 575 State Fair Boulevard, Syracuse, NY 13209.

23193.2

| | |
|---|---|
| AFCO PREMIUM CREDIT LLC<br>RICK CESSAR<br>110 WILLIAM ST., 29TH FLOOR<br>NEW YORK, NY 10038 | BANC OF AMERICA LEASING & CAPITAL<br>LINDA WATSON<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 |
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A.<br>KERRY S. ZOMBECK<br>525 WILLIAM PENN PLACE - 7TH FLOOR<br>PITTSBURGH, PA 15259 | BENATI & ASSOCIATES<br>COUNSEL TO BANC OF AMERICA LEASING & CAPITAL<br>JOSEPH P. BENANTI, ESQ.<br>JANE W. ARNONE, ESQ.<br>350 BEDFORD STREET, SUITE 201<br>STAMFORD, CT 06901 |
| BNY MELLON ASSET MANAGEMENT<br>MICHAEL D. SKIRTICH<br>500 GRANT STREET, SUITE 4131<br>PITTSBURGH, PA 15258-0001 | CLIMAX MOLYBDENUM MARKETING CORP.<br>GEORGEANN WEINHANDL<br>ONE NORTH CENTRAL AVENUE<br>PHOENIX, AR 85004 |
| COHEN, WEISS & SIMON LLP<br>JOSEPH J. VITALE, ESQ.<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 | CONNOLLY BOVE LODGE & HUTZ<br>COUNSEL TO BANC OF AMERICA LEASING & CAPITAL<br>JEFFREY C. WISLER, ESQ.<br>MARC J. PHILLIPS, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 |
| COOCH AND TAYLOR, P.A.<br>SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>THE BRANDYWINE BUILDING<br>WILMINGTON, DE 19801 | DONALD L. PHILLIPS, P.C.<br>COUNSEL TO PENNWEST INDUSTRIAL TRUCKS, LLC<br>D/B/A PENNWEST TOYOTA LIFT<br>DONALD L. PHILLIPS, ESQ.<br>SUITE 800, LAWYERS BUILDING<br>428 FORBES AVENUE<br>PITTSBURGH, PA 15219 |

| | |
|---|---|
| DSS AMERICA, INC.<br>BRAD UFHEIL<br>233 S. WACKER DRIVE, SUITE 9430<br>CHICAGO, IL 60606 | ELG UTICA ALLOYS INC.<br>KEVIN NEALIS<br>PO BOX 53<br>UTICA, NY 13503 |
| EQUITABLE GAS BANKRUPTCY DEPARTMENT<br>JUDY GAWLOSKI<br>200 ALLEGHENY CENTER MALL<br>PITTSBURGH, PA 15212 | ERASTEEL INC.<br>TOM HILL<br>PO BOX 36164<br>NEWARK, NJ 07188-6164 |
| GRIFFITH, MCCAGUE & WALLACE, PC<br>JAMES WALLACE, ESQ.<br>ATTORNEY FOR EQUITABLE GAS COMPANY, LLC<br>THE GULF TOWER 38TH FLOOR<br>707 GRANT STREET<br>PITTSBURGH, PA 15219 | HARTFORD FINANCIAL SERVICES, INC.<br>AGNES DOLEGA-MORYL<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 |
| INTERNAL REVENUE SERVICE<br>DITRICT DIRECTOR<br>INSOLVENCY<br>31 HOPKINS PLAZA, ROOM 1150<br>BALTIMORE, MD 21201 | INTERNAL REVENUE SERVICE<br>ED LAUBACH, ESQ.<br>OFFICE OF CHIEF COUNSEL<br>1001 LIBERTY AVENUE<br>SUITE 601-C<br>PITTSBURGH, PA 15222 |
| J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 | JOHN Z. HUANG & ASSOCIATES<br>JOHN Z. HUANG<br>2434 S. PULASKI RD.<br>CHICAGO, IL 60623 |

KOPO INTERNATIONAL
STEVE CUCICH
100 VILLAGE COURT STE #202
HAZLET, NJ 07730

MARSH USA INC
RICK CESSAR
SIX PPG PLACE, SUITE 300
PITTSBURGH, PA 15222-5499

MENTER, RUDIN & TRIVELPIECE, PC
COUNSEL FOR KIMCO STEEL SALES LTD AND
THOMPSON & JOHNSON
KEVIN M. NEWMAN, ESQ.
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1498

METAL MANAGEMENT INC.
JIM NATHAN
6768 PAYSPHERE CIRCLE
CHICAGO, IL 60674

MORITT HOCK HAMROFF & HOROWITZ LLP
LESLIE A. BERKOFF, ESQ.
COUNSEL FOR SG EQUIPMENT FINANCE USA CORP. AND
FIRST AMERICAN EQUIPMENT FINANCE
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

NORTHERN EQUITIES LLC
MATHEW J. GRUSECKI
5060 RIVER ROAD
SCHILLER PARK, IL 60176

OFFICE OF THE UNITED STATES TRUSTEE
DAVID KLAUDER, ESQ.
844 KING STREET, SUITE 2207
WILMINGTON, DE 19801

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
DANIEL F. FIORILLO, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075

PENSION BENEFIT GUARANTY CORPORATION
DEBORAH J. BISCO, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005-4026

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ELIZABETH BANDA, ESQ.
ARLINGTON INDEPENDENT SCHOOL DISRICT
PO BOX 13430
ARLINGTON, TX 76094-0430

| | |
|---|---|
| PURTHER RECYCLING, INC.<br>DON PURTHER<br>31000 NORTHWESTERN HWY, STE #250<br>FARMINGTON HILLS, MI 48334 | RICHARDS, LAYTON & FINGER, P.A.<br>MARK D. COLLINS, ESQ.<br>ONE RODNEY SQUARE<br>920 KING STREET<br>WILMINGTON, DE 19801 |
| SENTRY INSURANCE A MUTUAL COMPANY<br>TIM BUCHEGER<br>1800 NORTH POINT DRIVE<br>PO BOX 8020<br>STEVENS POINT, WI 54481-8020 | STEMCOR USA INC<br>HOWARD STERN<br>PO BOX 13391<br>NEWARK, NJ 07101 |
| TIANGONG INTERNATIONAL COMPANY LTD<br>RAINBOW YH WANG<br>235 ZHONGHAN DONG RD. ZHENJIAN<br>JIANGSU CHINA | TREIBACHER INDUSTRIE AG<br>COLESTIN PITTINO<br>AUER VON WELSBACH STRASSE 1<br>A-9330 ALTHOFEN<br>AUSTRIA |
| UNITED STATES SECRETARY OF TREASURY<br>CENTRALIZED INSOLVENCY OPERATION<br>15TH & PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20020 | UNITED STEELWORKERS<br>DAVID R. JURY, ESQ.<br>UNITED STEELWORKERS<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222 |
| UNIVERSAL STAINLESS & ALLOY<br>CHRIS ZIMMER<br>PO BOX 640595<br>PITTSBURGH, PA 15264 | US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 |

VILLARES METALS S/A  
ARNALDO ZANGUERI  
RUA ALFREDO DUMONT VILLAGE, 155  
JARDIM SANTA CAROLINA  
SUMARE SP, BRAZIL