DELAWARE BANKRUPTCY COURT

IN RE: CRUCIBLE MATERIALS CORPORATION
EHACI Id: 000354979 (4112836)
(DEBTOR)  CASE NO. 09-11582
Chapter 11

## ASSIGNMENT OF CLAIM

For the valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned, a creditor of the debtor named above, does hereby assign, transfer, and set over its claim in the above matter to Euler Hermes ACI, 800 Red Brook Boulevard, Owings Mills, MD 21117, in the sum of **331,553.01 US$**. Evidence of the terms of transfer is attached hereto.

## WAIVER OF NOTICE

The undersigned specifically waives Notice of the filing of the foregoing assignment, as required by BANKRUPTCY RULE 3001 (e) (2), and requests and consents that an ORDER be entered herein substituting Euler Hermes ACI as owner of the above described claim in place of the undersigned. It is requested that any notices or dividend checks be made payable to, and delivered to the assignee. Further, I do hereby declare, under penalty of perjury, I am authorized to give this assignment and the statements contained herein are true and correct.

DATED: 07/28/2009

**DAEWOO INTERNATIONAL (AMERICA) CORP.**
(ASSIGNOR-CREDITOR)

**65 CHALLENGER ROAD**

**RIDGEFIELD PARK, NJ 07660**
(ADDRESS)

_(signature)_
(SIGNATURE)

Sang C. Shin, CFO
TYPE OR PRINT NAME OF
SIGNER AND TITLE

## ORDER OF SUBSTITUTION

Upon consideration of the foregoing assignment of claim, it is hereby ORDERED that the Euler Hermes ACI be substituted for the creditor/assignor as owner of the above described claim.

DATED: _____

_____
BANKRUPTCY JUDGE

## ASSIGNMENT

THIS AGREEMENT OF ASSIGNMENT is made this Twenty-eighth day of July, 2009 by and between Daewoo International (America) Corp., 65 Challenger Road Ridgefield Park, NJ, 07660 (herein called the Insured) and Euler Hermes American Credit Indemnity Company (herein called the Company), 800 Red Brook Blvd, Owings Mills, MD 21117-1008:

In consideration of this Loss Payment made by the Company to the Insured under their Credit Insurance Policy, receipt of which is hereby acknowledged:

Subject to the terms and conditions of the Policy, the INSURED does hereby assign, transfer and set over unto the Company, its claims and demands, together with all securities and guarantees relating thereto, against the following debtor or debtors in the amount or amounts shown thereafter:

| Claim | Debtor | Amount |
|---|---|---|
| 000354979 (4112836) | CRUCIBLE MATERIALS CORPORATION - SYRACUSE, NY | 331,553.01 US$ |
| 000355777 (4112836) | PRODUCTOS ESPECIALIZADOS DE ACERO - MEXICO DF, | 966,446.26 US$ |

Witness:

Daewoo International (America) Corp.
The Insured

By: _____
Authorized Signature



July 28, 2009

Delaware Bankruptcy Court
824 Market Street
5th Floor
Wilmington, DE 19801-4937

Attention: Court Clerk/Claims Department

Bankruptcy Case No: 09-11582
Re: Daewoo International (America) Corp.
Claim No: 000354979
Debtor: Crucible Materials Corporation
Balance Due: 331,553.01 US$

Dear Sir or Madam:

The claim of the above creditor, filed in this case, has been assigned to Euler Hermes ACI under the provisions of a credit insurance policy.

Attached is an assignment of claim and petition, notice to assignor, and order of substitution. We request that an order be entered in these proceedings subrogating Euler Hermes ACI, 800 Red Brook Boulevard, Owings Mills, Maryland 21217, to all of the rights and interest of the creditor.

Please acknowledge receipt and processing of this request by notating the extra copy of this letter. A business reply envelope is enclosed for your response.

Thank you for your courtesy and cooperation.

Sincerely,

Peter Ziolkowski
Claims Svc Representative
Euler Hermes ACI
410-753-0694

Enclosure

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117-1008
Tel: 410-753-0753
Fax: 410-753-0943
www.eulerhermes.com

A company of Allianz