UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Crucible Materials Corporation

Case No. 09-11582

Chapter 11

## NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of claim filed by Russian Ferro Alloys Inc. on 8/4/09 in the sum of $42,829.77 has been unconditionally transferred to Atradius Trade Credit Insurance, Inc. on 6/10/09, for consideration received. The transferor requests that any dividend checks be made payable to Atradius Trade Credit Insurance, 5026 Campbell Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

Dana Santilli
Atradius Trade Credit Insurance Inc.
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236

9219826

# Assignment

Mr. Craig Ethier
RUSSIAN FERRO ALLOYS
4215 EDISON LAKES PKWY STE 201
MISHAWAKA, IN 46545
UNITED STATES OF AMERICA

If you have any questions,
please contact Laura Higgs.

| | |
|---|---|
| Our Reference: | 9219826 |
| Telephone: | +1 410 246 5581 |
| Fax: | +1 410 246 5530 |
| Date: | 9 June 2009 |

In consideration of the payment of $38,546.79, RUSSIAN FERRO ALLOYS (hereafter "Insured") does hereby assign, transfer and set over to

> Atradius Trade Credit Insurance Inc.
> Attention: Claims Department
> 5026 Campbell Boulevard, Suite A-D
> Baltimore, Maryland 21236

(hereafter "Company") all of its rights, title and interest in the claim against the Debtor identified below, together with all securities and guarantees related thereto, in the amount shown:

Debtor: CRUCIBLE MATERIALS CORPORATION        Claim No: 9219826
                                              Policy No: 44244
Amount: $42,829.77

Any portion of the claim assigned to Company that may not have been covered by the Policy specified above must be handled by the Company for the joint benefit of the Insured and Company as their interest appear. Insured agrees to transmit to Company any amounts hereafter received from Debtor or its representative.

Insured warrants the legal validity of the indebtedness for the amount of such claim and that there is no known defense, set-off or counterclaim against it. It is agreed that the Company is not liable for any legal or collection expenses incurred by the Insured prior to the date of this Assignment.

By: *Craig Ethier*
Title: Controller
Date: 6/10/09

Subscribed and Sworn to before me this 10th day of June, 2009.

Notary Public *Lisa K. Fleming*
Lisa K. Fleming
My commission Expires 7/21/11

Atradius Trade Credit Insurance, Inc
5026 Campbell Boulevard, Suite C
Baltimore, Maryland 21236
USA

Ed.(2/2007)

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of August, a copy of the foregoing Notice of Transfer of Claim was mailed first-class, postage pre-paid to:

Bankruptcy Clerk's Office:

United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Attorney for Debtor:

Mark Minuti
Saul Ewing LLP
222 Delaware Ave, Suite 1200
PO Box 1266
Wilmington, DE 19899