IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, *et al.*,[1] ) | Case No. 09-11582 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: November 30, 2009 @ 2:00 p.m. |
| ) | Objection Deadline: November 4, 2009 @ 4:00 p.m. |
| | Related to Docket Nos. 281, 324 and 416 |

**FIRST QUARTERLY FEE APPLICATION REQUEST OF HURON CONSULTING GROUP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD MAY 21, 2009 THROUGH JULY 31, 2009**

In accordance with the Administrative Order, under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated May 27, 2009 (D.I. 118) (the "Monthly Compensation Order"), Huron Consulting Group ("Huron") hereby submits its First Quarterly Fee Application Request (the "Request") for the period May 21, 2009 through and including August 31, 2009[2] (the "Application Period")

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Crucible Materials Corporation (9229); Crucible Development Corporation (3475). The Debtors' headquarters is located at 575 State Fair Boulevard, Syracuse, NY 13209.

[2] Exhibits A, B and C attached to Huron's monthly applications, Docket Item Nos. 281, 324 and 416, contain detailed listing of Huron's requested fees and expenses for the Application Period.

2449106.1

Huron seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/30/09 D.I. 281 | 5/21/09 – 6/30/09 | $39,928.75 | $0.00 | 8/21/09 D.I. 344 | $31,943.00 | $0.00 | $7,985.75 |
| 8/20/09 D.I. 324 | 7/1/09 – 7/31/09 | $19,975.00 | $116.75 | 9/11/09 D.I. 383 | $15,980.00 | $116.75 | $3,995.00 |
| 9/21/09 | 8/1/09 – 8/31/09 | $34,531.25 | $3.94 | 10/14/09 D.I. 475 | 27,625.00 | $3.94 | $6,906.25 |
| TOTAL | | $94,435.00 | $120.69 | | $47,923.00 | $120.69 | $18,887.00 |

In accordance with the Monthly Compensation Order, Huron seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee application and payment by the Debtors of the amount requested in such fee application in full.

WHEREFORE, Huron respectfully requests that the Court enter the order attached hereto as Exhibit A and grant Huron such other and further relief as is just and proper.

Dated: October 15, 2009  
New York, New York

HURON CONSULTING GROUP

/s/ Richard D. Caruso  
Richard D. Caruso  
Huron Consulting Group  
1120 Avenue of the Americas, 8th Floor  
New York, NY 10036-6700

Telephone: (412) 298-8675  
Facsimile: (212) 785-1313

*Financial Advisors for the*  
*Official Committee of Unsecured Creditors*

2

## CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

| Professional | Title | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Joseph DiSalvatore | Managing Director | 2.50 | hrs | $ 715 | / hr | $1,787.50 |
| Richard D. Caruso | Managing Director | 62.85 | hrs | $ 695 | / hr | $43,680.75 |
| Stuart Walker | Director | 50.10 | hrs | $ 540 | / hr | $27,054.00 |
| Matt Anderson | Manager | 55.75 | hrs | $ 455 | / hr | $25,366.25 |
| Neema Thatchet | Manager | 3.00 | hrs | $ 415 | / hr | $1,245.00 |
| Ashley Proscia | Associate | 31.00 | hrs | $ 330 | / hr | $10,230.00 |
| Diana Teri | Associate | 15.00 | hrs. | $ 330 | / hr. | $4,950.00 |
| Clarissa Tuttle | Analyst | 2.00 | hrs. | $ 50 | / hr. | $100.00 |
| **Total Fees** | | **222.20** | | | | **$ 114,413.50** |
| **Adjustment per agreement to cumulative bill rate of $425 per hour:** | | | | | | $ (19,978.50) |
| **Total Fees Due:** | | | | | | $94,435.00 |

*[Remainder of Page Intentionally Left Blank]*

3

## CUMULATIVE COMPENSATION BY PROJECT CATEGORY

| Task Code | Description | Hours | Fees |
|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or Counsel | 10.55 | $ 6,495.25 |
| 3 | Meeting / teleconference with Statutory Committees, Counsels or Advisors | 30.50 | $ 19,616.50 |
| 4 | Court Hearings / Preparation | 0.25 | $ 173.75 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | 0.80 | $ 432.00 |
| 6 | Retention and Fee Applications | 10.00 | $ 5,582.50 |
| 8 | Business Plan & Analysis of Operations | 9.00 | $ 4,671.50 |
| 9 | Cash Flow Analysis and Reporting | 8.65 | $ 5,407.25 |
| 10 | DIP Financing, Exit Financing, Cash Collateral, Bank Issues | 38.15 | $ 18,819.75 |
| 11 | Asset Sale & Disposition Support | 23.80 | $ 13,242.00 |
| 15 | Avoidance Actions / Reclamation Analysis | 7.00 | $ 3,471.00 |
| 16 | Unsecured Claim Analysis | 0.25 | $ 173.75 |
| 22 | Appraisals / Valuations | 75.95 | $ 31,567.25 |
| 24 | Other | 8.30 | $ 4,761.00 |

|  |  |  |
|---|---|---|
| Totals | 222.20 | $ 114,413.50 |
| Adjustment per agreement to cumulative bill rate of $425 per hour | | $ (19,978.50) |
| Total Fees Due | | $ 94,435.00 |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## CUMULATIVE EXPENSE SUMMARY

| Cost Type | Amount |
|---|---:|
| Conferencing (Audio, Video, Web, CATV) | $5.34 |
| Office Supplies | $19.07 |
| Research | $96.48 |
| **Total Expenses** | **$120.89** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]