# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re CRUCIBLE MATERIALS CORPORATION,
Debtor

Case No. __09-11582 (MFW)__

Chapter __11__

## SECOND AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS
SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $6,457,892.00 | | |
| B - Personal Property | NO | 0 | $158,226,000.00 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $72,066,324.98 | |
| E - Creditors Holding Unsecured Priority Claims Total of Claims on Schedule E) | NO | 0 | | $2,366,790.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $55,733,955.35 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | N/A |
| TOTAL | | 1 | $164,683,892.00 | $130,167,070.82 | |

In re **CRUCIBLE MATERIALS CORPORATION,**  Case No. **09-11582 (MFW)**
     **Debtor**

# SECOND AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Central States, Southeast and Southwest Areas Health and Welfare and Pension Funds<br>c/o Timothy C. Reuter, Esquire<br>9377 W. Higgins Road<br>Rosemont, IL 60018-4938 | | | Claim for alleged pension-related obligations | X | X | | Unknown |
| ACCOUNT NO.<br>Teamsters Local No. 299 (Truck Drivers)<br>c/o Matthew Broderick, Esquire<br>Law Offices of Matthew Broderick, PLC<br>Barrington Place<br>30685 Barrington, Suite 130<br>Madison Heights, MI 48701 | | | Possible claims under collective bargaining agreement. | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

  __0__   continuation sheets attached

Subtotal ➢ $Unknown

Total ➢ $Unknown
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B 6 Declaration (Official Form 6 - Declaration) (12/07)

In re **CRUCIBLE MATERIALS CORPORATION,**          Case No. <u>09-11582 (MFW)</u>
          **Debtor**

## DECLARATION CONCERNING DEBTOR'S SECOND AMENDED SCHEDULE F

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David W. Robbins, the Chairman and Chief Executive Officer of Crucible Materials Corporation, the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing Second Amended Summary and Second Amended Schedule F, consisting of two (2) sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>4/12/2010</u>

Signature: _David W. Robbins_

<u>David W. Robbins</u>
Chairman and Chief Executive Officer

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.