# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Crucible Materials Corporation, et al., | Case No. 09-11582-MFW |
| Debtors. | Jointly Administered |

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR INDENTURE TRUSTEE (the "Indenture Trustee"), under that certain Indenture of Trust (the "Indenture"), dated September 15, 1980 between the Industrial Development Board of the City of Huntsville (Alabama) and Mellon Bank, N.A. hereby unconditionally and irrevocably sells, transfers and assigns to COLTEC INDUSTRIES, INC. ("Coltec") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), evidenced by Proof of Claim number 833 inclusive of any claims against any party and any guaranty obligations arising in connection with the underlying claims, including general unsecured and administrative claims, against Crucible Materials Corporation, (the "Debtor"), debtor-in-possession in the chapter 11 cases, jointly administered under case number 09-11582 (MFW) (Jointly Administered) (the "Cases"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Indenture Trustee hereby waives any objection to the transfer of the claim to Coltec on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Indenture Trustee acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Indenture Trustee transferring to Coltec the foregoing claim and recognizing Coltec as the sole owner and holder of the claim. The Indenture Trustee further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to Coltec.

1175335v1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26th day of May, 2010.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,** as successor trustee under that certain Indenture of Trust, dated September 15, 1980 between the Industrial Development Board of the City of Huntsville (Alabama) and Mellon Bank, N.A.

By: _/s/ K S Zombeck_

Name: K.S. ZOMBECK

Title: VICE PRESIDENT

**COLTEC INDUSTRIES, INC.**

By: _____

Name: _____

Title: _____

2

1175335v1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of May, 2010.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,** as successor trustee under that certain Indenture of Trust, dated September 15, 1980 between the Industrial Development Board of the City of Huntsville (Alabama) and Mellon Bank, N.A.

By: _____

Name: _____

Title: _____

**COLTEC INDUSTRIES, INC.**

By: *John R. Mayo* (signature)

Name: John R. Mayo

Title: Assistant Secretary