IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, *et al.*,[1] ) | Case No. 09-11582 (MFW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Hearing Date: December 29, 2010 at 4:00 p.m. |
| ) | Objection Deadline: December 15, 2010 at 4:00 p.m. |

**FINAL APPLICATION OF HURON CONSULTING GROUP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRUCIBLE MATERIALS CORPORATION, ET AL., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 21, 2009 THROUGH SEPTEMBER 15, 2010**

| | |
|---|---|
| Name of Applicant: | Huron Consulting Group |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 19, 2009 (nunc pro tunc as of May 21, 2009) |
| Period for which Compensation and Reimbursement is sought: | May 21, 2009 through September 15, 2010 |
| Amount of compensation Sought as actual, Reasonable and necessary: | $235,917.50 |
| Amount of expense reimbursement Sought as actual, Reasonable and necessary: | $3,115.78 |

This is a(n): ___ monthly     ___ interim     _X_ final application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Crucible Materials Corporation (9229); Crucible Development Corporation (3475). The Debtors' headquarters is located at 575 State Fair Boulevard, Syracuse, NY 13209.

{M0871193.1}

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 7/28/2009 | 5/21/2009 through 6/30/2009 | $39,928.75 | $0.00 | $39,928.75 | $0.00 |
| 8/20/2009 | 7/1/2009 through 7/31/2009 | $19,975.00 | $116.95 | $19,975.00 | $116.95 |
| 9/21/2009 | 8/1/2009 through 8/31/2009 | $34,531.25 | $3.94 | $34,531.25 | $3.94 |
| 10/26/2009 | 9/1/2009 through 9/30/2009 | $40,205.00 | $2,583.21 | $40,205.00 | $2,583.21 |
| 11/23/2009 | 10/1/2009 through 10/31/2009 | $34,127.50 | $3.68 | $34,127.50 | $3.68 |
| 12/21/2009 | 11/1/2009 through 11/30/2009 | $23,290.00 | $0.00 | $23,290.00 | $0.00 |
| 2/12/2010 | 12/1/2009 through 12/31/2009 | $17,000.00 | $10.36 | $17,000.00 | $10.36 |
| 2/17/2010 | 1/1/2010 through 1/31/2010 | $5,525.00 | $46.88 | $5,525.00 | $46.88 |
| 3/22/2010 | 2/1/2010 through 2/28/2010 | $2,210.00 | $0.00 | $2,210.00 | $0.00 |
| 4/22/2010 | 3/1/2010 through 3/30/2010 | $4,335.00 | $0.00 | $4,335.00 | $0.00 |
| 5/20/2010 | 4/1/2010 through 4/30/10 | $1,997.50 | $7.60 | $1,997.50 | $7.60 |
| 6/21/2010 | 5/1/2010 through 5/31/10 | $6,545.00 | $0.00 | $6,545.00 | $0.00 |
| 7/21/2010 | 6/1/2010 through 6/30/10 | $765.00[2] | $0.00 | $765.00 | $0.00 |
| 8/25/2010 | 7/1/2010 through 7/31/10 | $2,592.50 | $335.40 | $2,592.50 | $335.40 |
| 9/20/2010 | 8/1/2010 through 8/31/10 | $2,890.00 | $7.76 | pending | pending |
| **Total** | | **$235,917.50** | **$3,115.78** | **$233,027.50** | **$3,108.02** |

---

[2] Huron Consulting Group filed their Fourth Interim Fee Application of Huron Consulting Group as Financial Advisors for the Official Committee of Unsecured Creditors for the period May 1, 2010 to August 31, 2010 (D.I. 1351) which will be heard at the December 29, 2010 hearing.

{M0871193.1}

## HURON CONSULTING GROUP'S SUMMARY OF PROFESSIONALS RENDERING SERVICES FOR THE PERIOD MAY 21, 2009 THROUGH SEPTEMBER 15, 2010

| Professional | Title | Total Hours | Total Compensation |
|---|---|---|---|
| Joseph DiSalvatore | Managing Director | 2.50 | $1,787.50 |
| Richard D. Caruso | Managing Director | 175.05 | $121,659.75 |
| Stuart Walker | Director | 220.10 | $118,854.00 |
| Matt Anderson | Manager | 90.75 | $41,291.25 |
| Jason Hutton | Manager | 1.70 | $705.50 |
| Neema Thachet | Manager | 3.00 | $1,245.00 |
| Ashley Proscia | Associate | 31.00 | $10,230.00 |
| Ricardo Nieto | Associate | 7.50 | $2,512.50 |
| Diana Teri | Associate | 15.00 | $4,950.00 |
| Clarissa Tuttle | Analyst | 8.50 | $425.00 |
| **Total Professional Charges** | | **555.10** | **$303,660.50** |

**Adjustment per agreement to cumulative bill rate of $425 per hour:**    -$67,743.00

**Total Fees Due:**    $235,917.50

**Blended Hourly Rate:**    $425.00

{M0871193.1}

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Description | Hours | Fees |
|---|---|---|---|
| 1 | Meeting / teleconference with Debtor Management, Board, or | 14.65 | $8,833.25 |
| 3 | Meeting / teleconference with Statutory Committees, Counsels or | 63.50 | $40,614.00 |
| 4 | Court Hearings / Preparation | 1.15 | $799.25 |
| 5 | Case Reporting: UST Rpts, Statements, & Schedules | 3.80 | $2,517.00 |
| 6 | Retention and Fee Applications | 27.60 | $13,358.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 20.50 | $13,271.00 |
| 8 | Business Plan & Analysis of Operations | 12.50 | $6,778.50 |
| 9 | Cash Flow Analysis and Reporting | 20.95 | $12,351.75 |
| 10 | DIP Financing, Exit Financing, Cash Collateral, Bank Issues | 48.95 | $25,306.75 |
| 11 | Asset Sale & Disposition Support | 138.20 | $79,576.50 |
| 14 | Account Analysis & Reconciliations | 1.40 | $756.00 |
| 15 | Avoidance Actions / Reclamation Analysis | 9.30 | $5,084.00 |
| 16 | Unsecured Claim Analysis | 64.05 | $35,371.25 |
| 20 | Accounts Payable / Vendor Issues | 4.20 | $1,959.00 |
| 22 | Appraisals / Valuations | 114.65 | $51,349.75 |
| 23 | Lease Issues | 0.20 | $139.00 |
| 24 | Other | 9.50 | $5,595.00 |

Totals 555.10 $303,660.50

Adjustment per agreement to cumulative bill rate of $425 per hour    -$67,743.00

Total Fees Due    $235,917.50

## EXPENSE SUMMARY

| Cost Type | Amount |
|---|---|
| Airfare | $1,998.60 |
| Conferencing (Audio, Video, Web, CATV) | $26.86 |
| Ground Transportation | $120.00 |
| Hotel/Lodging | $576.11 |
| Mileage | $30.00 |
| Office Supplies | $19.07 |
| Parking & Tolls | $120.00 |
| Research | $154.64 |
| Telecom | $70.50 |
| **Total Expenses** | **$3,115.78** |

{M0871193.1}

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CRUCIBLE MATERIALS CORPORATION, *et al.*,[1] | ) Case No. 09-11582 (MFW) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: December 29, 2010 at 2:00 p.m. |
| | ) Objection Deadline December 15, 2010 at 4:00 p.m. |

**FINAL APPLICATION OF HURON CONSULTING GROUP AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CRUCIBLE MATERIALS CORPORATION, ET AL., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD MAY 21, 2009 THROUGH SEPTEMBER 15, 2010**

Huron Consulting Group (Huron"), financial advisors for the Official Committee of Unsecured of Creditors in the above-captioned case, submits this application (the "Application") seeking allowance of compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 effective January 30, 1996 (the "U.S. Trustee Guidelines") for (a) allowance of reasonable compensation for professional services rendered by Huron to the Official Committee of Unsecured of Creditors and (b) reimbursement of actual and necessary charges and disbursements incurred by Huron

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Crucible Materials Corporation (9229); Crucible Development Corporation (3475). The Debtors' headquarters is located at 575 State Fair Boulevard, Syracuse, NY 13209.

during the final period of period of May 21, 2009 through and including September 15, 2010 (the "Final Period") in the rendition of required professional services on behalf of the Official Committee of Unsecured of Creditors. In support of this Application, Huron represents as follows:

## BACKGROUND

1. On May 6, 2009 (the "Petition Date"), the Debtors commenced a reorganization case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

2. On May 20, 2009, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Committee") in this case.

3. On August 26, 2010, this court entered the Order Confirming Second Amended Chapter 11 Plan of Liquidation of Crucible Materials Corporation and Crucible Development Corporation (D.I. 1137) (the "Plan").

4. Under the terms of the Plan, it became effective on September 15, 2010 (D.I 1168).

## HURON'S RETENTION

5. By application, filed on or about June 18, 2009, the Committee requested authority to retain Huron (the "Huron Application") as counsel in connection with this bankruptcy case, pursuant to section 327(a) of the Bankruptcy Code.

6. By Order dated July 19, 2009, this Court entered an order approving the Committee's retention of Huron (the "Huron Retention Order") as counsel for the Committee, pursuant to section 327(a) of the Bankruptcy Code.

**RELIEF REQUESTED**

7.. Huron respectfully requests that it be allowed (i) final compensation in the amount of $235,917.50 for services rendered during the Final Period, and (ii) final reimbursement of $3,115.78 for reasonable, actual and necessary expenses incurred during the Final Period  This Application is made pursuant to the provisions of sections 327, 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures and the Huron Retention Order.

8. During the Final Period, Huron has provided professional services to the Committee and incurred fees for such services totaling $235,917.50. For the same period, Huron has incurred actual, reasonable and necessary expenses in connection therewith totaling $3,115.78.

9. Huron respectfully request entry of a Final Order allowing $239,033.28.

10. Huron has endeavored to represent the Committee in the most expeditious and economical manner possible. Huron has sought to coordinate with other professionals involved in this case so as to minimize any duplication of effort and to minimize professional fees and expenses to the Committee. Huron believes it has been successful in this regard.

11. No agreement or understanding exists between Huron and any other person for sharing of compensation received or to be received for services rendered in connection with this case.

12. The undersigned has reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware and certifies to the best of his/her information, knowledge and belief that this application complies with Local Rule 2016-2.

{M0871193.1}

WHEREFORE, Huron Consulting Group respectfully requests that, for the period May 21, 2009 through September 15, 2010, an final allowance be awarded to Huron Consulting Group for compensation in the amount of $235,917.50 and actual and necessary expenses in the amount of $3,115.78 for a total allowance of $239,033.28 and for such other and further relief as this Court may deem just and proper.

Dated: 11/15/10  
New York, New York

HURON CONSULTING GROUP

/s/ Richard D. Caruso  
Richard D. Caruso  
Huron Consulting Group  
1120 Avenue of the Americas, 8th Floor  
New York, NY 10036-6700

Telephone: (412) 298-8675  
Facsimile: (212) 785-1313

*Financial Advisors for the*  
*Official Committee of Unsecured Creditors*

{M0871193.1}